IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                                                **PLAINTIFF**
**ADC #129780**

V.                              CASE NO.  4:21-cv-00883 JM

**GARY DARROUGH**,
Sheriff Deputy                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

DATED this 19th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE